IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:19-CV-457-FDW-DCK *SEALED*

| | |
|---|---|
| DANIEL RHODES, ) | |
| ) | |
| Plaintiff-Relator, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ACADIA HEALTHCARE COMPANY, INC., ) | |
| and ERIN MCCARTHY, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Notice Of Voluntary Dismissal Without Prejudice And Motion To Remain Under Seal" (Document No. 27) filed August 2, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Notice Of Voluntary Dismissal Without Prejudice And Motion To Remain Under Seal" (Document No. 27) is **GRANTED**. This case shall remain under **SEAL** until otherwise ordered.

**SO ORDERED**.

Signed: August 3, 2022

David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.